# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**AVION LAWSON,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-3671

[January 6, 2021]

Appeal of order denying rule 3.800(a) motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Krista Marx, Judge; L.T. Case No. 502007CF010255AXXXMB.

Carey Haughwout, Public Defender, and Benjamin Eisenberg, Assistant Public Defender, West Palm Beach, for appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, and Heidi L. Bettendorf, Assistant Attorney General, West Palm Beach, for appellee.

### *ON REMAND FROM THE SUPREME COURT*

PER CURIAM.

The Florida Supreme Court quashed this Court's decision in *Lawson v. State*, 252 So. 3d 770 (Fla. 4th DCA 2018), and remanded for reconsideration and application of *Pedroza v. State*, 291 So. 3d 541 (Fla. 2020). We affirm. Under *Pedroza*, appellant's concurrent thirty-year prison sentences for non-homicide offenses are not the functional equivalent of a life sentence, and *Graham v. Florida*, 560 U.S. 48, 74 (2010), is not implicated.

*Affirmed.*

WARNER, MAY and CIKLIN, JJ., concur.

\*          \*          \*

**No motions for rehearing shall be filed.**